# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2006

132050

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                     SC: 132050
                                     COA: 267816
                                     Wayne CC: 86-683235

CHARLES JEROME BENSON,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the July 24, 2006 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2006
                                      Clerk

s1120